THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ROSARIO PELLEGRINO, Appellant.

People v. Pellegrino, 183 App. Div. 940, affirmed.

(Argued April 29, 1919; decided May 20, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 5, 1918, which affirmed a judgment of

the Kings County Court rendered upon a verdict convicting the defendant of the crime of endangering life by maliciously placing explosive near a building in violation of section 1895 of the Penal Law.

*Edward J. Reilly* for appellant.

*Harry E. Lewis,* District Attorney (*Ralph E. Hemstreet* and *Harry G. Anderson* of. counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN, CRANE and ANDREWS, JJ.